FILED

DEC 1 8 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR5107-JM |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 18, U.S.C., Sec. 1952(a)- |
| | ) | Travel in Aid of Racketeering |
| PATRICE WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

In or about October 2012, within the Southern District of California, defendant PATRICE WHITE used a facility of interstate and foreign commerce, namely a cell phone and computer, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, pandering in violation of California Penal Code §266i, and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, U.S.C. §1952(a)(3).

DATED: December 18, 2012

LAURA E. DUFFY
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney